# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BERNARDO TORRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-2603 |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, | ) | |
| Chicago Police Officer Fernando Velez, Chicago | ) | Judge Rebecca R. Pallmeyer |
| Police Officer V. Gurrola, Chicago Police | ) | |
| Officer Patrick Keating, Chicago Police Sergeant | ) | |
| T. Horton, Chicago Police Sergeant A. Sanchez, | ) | |
| and Chicago Police Officer C. Contreras, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

On May 14, 2020, pursuant to the Plaintiff's request, this Court dismissed this case as against Defendants ALEJANDRO SANCHEZ and CYNTHIA CONTRERAS. (Dkt. 74). The dismissal did not indicate that it was with prejudice.

The parties hereby stipulate and agree, subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41, all of Plaintiff BERNARDO TORRES's claims against Defendants ALEJANDRO SANCHEZ and CYNTHIA CONTRERAS are dismissed with prejudice, without costs or attorneys' fees to any parties.

**STIPULATED BY:**

Dated: July 24, 2020  **LAW OFFICE OF PETER V. BUSTAMANTE**

By:   */s/ Peter V. Bustamante*

Peter V. Bustamante
Claudia E. Sainsot
Law Office of Peter V. Bustamante
17 North State Street / Suite 1550

1

Chicago, IL 60602
pvbust@bustamantelaw.com
cesainsot@sbcglobal.net

**Attorneys for Plaintiff**

Dated: July 24, 2020          **ANCEL GLINK, P.C.**

By:   */s/ Kathleen M. Kunkle*
       KATHLEEN M. KUNKLE
       Special Assistant Corporation Counsel

Thomas G. DiCianni / ARDC # 03127041
Kathleen M. Kunkle / ARDC # 6281791
Special Assistant Corporation Counsel
ANCEL GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
tdicianni@ancelglink.com
kkunkle@ancelglink.com

**Attorneys for Defendants, CITY OF CHICAGO, FERNANDO VELEZ, VICTOR GURROLA, PATRICK KEATING, THOMAS HORTON, ALEJANDRO SANCHEZ, and CYNTHIA CONTRERAS**

SO ORDERED:

Dated: July 27, 2020          _____
                              Hon. Rebecca R. Pallmeyer
                              United States District Judge

4852-3182-8421, v. 1